## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

**ARSENEAULT, WHIPPLE,**
**FASSETT & AZZARELLO, LLP**
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
Attorneys for Defendant Fausto Bernard

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Katharine S. Hayden, USDJ |
| v. | Crim. No. 09-cr-00852 |
| FAUSTO BERNARD, | **CONSENT ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE** |
| Defendant. | Document Electronically Filed |

**THIS MATTER** having come before the Court upon the application of the Defendant, Fausto Bernard, by his attorneys, Arseneault, Whipple, Fassett & Azzarello, LLP (Kelly Daniels, Esq. appearing), for an Order modifying Defendant's conditions of release, and the United States (Robert Frazer, Esq., Assistant United States Attorney) having consented to the application, and the Office of Pretrial Services having taken no position to the application, and the Court having considered the reasons for the Defendant's request, and good cause having been shown,

IT IS on this 23rd day of December, 2009 **HEREBY ORDERED** that Defendant Fausto Bernard is hereby permitted to travel to the home of Edith Cruz, 2 Kennedy Court, North Plainfield, New Jersey 07062, on December 24, 2009 between the hours of 5:00 p.m. and 10:00 p.m.

**IT IS HEREBY FURTHER ORDERED** that all other conditions of release shall remain in full force and effect.

---
**HONORABLE KATHARINE S. HAYDEN**
**UNITED STATES DISTRICT JUDGE**

**CONSENTED TO:**

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: __s/Robert Frazer__
   Robert Frazer, Esq., A.U.S.A.
   Assistant United States Attorney


ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
Attorneys for Defendant

By: __s/Kelly Daniels__
   Kelly Daniels, Esq.

2